IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR459-1 |
| | : | |
| TYLER LLOYD GRANTZ | : | |

The Grand Jury charges:

COUNT ONE

On or about March 5, 2019, in the County of Orange, in the Middle District of North Carolina, TYLER LLOYD GRANTZ knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about March 5, 2019, in the County of Orange, in the Middle District of North Carolina, TYLER LLOYD GRANTZ knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance within the meaning of Title 21, United States

Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about March 5, 2019, in the County of Orange, in the Middle District of North Carolina, TYLER LLOYD GRANTZ, during and in relation to drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, as more fully referenced in Count One of this Indictment, and possession with intent to distribute oxycodone, as more fully referenced in Count Two of this Indictment, did knowingly carry and use, by discharging, firearms, that is, a Glock .40 caliber handgun and a Draco 7.62x39 mm rifle; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATION

1. The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1).

2. Upon conviction of one or more of the offenses alleged in Counts One and Two of the Indictment, the defendant, TYLER LLOYD GRANTZ, shall

forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in and to the following:

    a.    any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation; and

    b.    any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

3.     Upon conviction of the offense alleged in Count Three of the Indictment, the defendant, TYLER LLOYD GRANTZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearms and ammunition involved or used in the commission of the offense or found in the possession or under his immediate control at the time of arrest.

4.     The property subject to forfeiture pursuant to paragraphs 2 and 3 above may include, but shall not be limited to, the following:

    a. One Draco 7.62x39 rifle, serial number DR612409.

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: August 26, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

███████████
FOREPERSON